UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAVITA INC., successor to GAMBRO HEALTHCARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ST. JOSEPH'S/CANDLER HEALTH SYSTEMS, INC. d/b/a THE CARE NETWORK, <br><br> Defendant. | Civil Action No.: _____ <br><br> State Court of Chatham County <br> State of Georgia <br> Case No. STCV1700989 |

## NOTICE OF REMOVAL
## TO THE UNITED STATES DISTRICT COURT

Defendant St. Joseph's/Candler Health System, Inc. d/b/a The Care Network ("St. Joseph's"), incorrectly named as ST. JOSEPH'S/CANDLER HEALTH SYSTEMS, INC. d/b/a THE CARE NETWORK, through its undersigned counsel, respectfully removes this action to the United States District Court for the Southern District of Georgia pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446. As grounds for removal, St. Joseph's states:

1.  On or about June 13, 2017, Plaintiff DaVita Inc. ("DaVita") filed a complaint against St. Joseph's in the State Court of Chatham County, State of Georgia, Case No. STCV1700989 (the "State Court Action"). Pursuant to 28 U.S.C. § 1446(a), St. Joseph's attaches a true and correct copy of the entire file from the State Court Action, including copies of all process, pleadings, orders, and other documents served on St. Joseph's, as Exhibit A to this Notice of Removal.

2. DaVita effected service of the summons and complaint in the State Court Action on St. Joseph's pursuant to an Acknowledgment and Waiver of Service filed by St. Joseph's in the State Court Action on June 19, 2017.

3. St. Joseph's timely files this notice of removal within the 30-day period required by 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(d), St. Joseph's will promptly notify DaVita in writing of the filing of this Notice of Removal and will promptly file a Notice of Filing of Notice of Removal (which will include a copy of this Notice of Removal) with the Clerk of the State Court of Chatham County, State of Georgia. *See* Exhibit B.

5. Venue is proper in this Court because the State Court of Chatham County, State of Georgia, is located in the Southern District of Georgia, Savannah Division.

6. This case is a civil action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331, and which St. Joseph's is entitled to remove to this Court pursuant to 28 U.S.C. § 1441(a), in that DaVita has asserted claims against St. Joseph's that arise under and relate to the provisions of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132, *et seq.* ("ERISA"), and are thus completely preempted by ERISA.

7. Specifically, although DaVita has styled its cause of action as breach of contract, DaVita's complaint seeks additional payments from St. Joseph's for health care services that DaVita allegedly provided to "Patient X" – a member of a self-funded employee welfare benefit plan governed by ERISA for which St. Joseph's/Candler Health System, Inc. is the plan sponsor and plan administrator and thus an ERISA fiduciary. DaVita's claims arise under and are completely preempted by ERISA.

8. ERISA contains an "expansive" preemption provision, which is "intended to ensure that employee benefit plan regulation would be exclusively a federal concern." *Aetna Health Inc. v. Davila*, 542 U.S. 200, 208 (2004) (internal citations omitted). As a result, "any state-law cause of action that duplicates, supplements, or supplants the ERISA civil enforcement remedy conflicts with the clear congressional intent to make the ERISA remedy exclusive and is therefore pre-empted." *Id.* at 209. Although DaVita's complaint alleges a state law claim, the state action is removable since, "even if pleaded in terms of state law, [the claim] is in reality based on federal law." *Id.* at 207-208 (internal citations omitted). Such claims arise under federal law even when the ERISA-related nature of the action does not appear on the face of the complaint. *Metropolitan Ins. Co. v. Taylor*, 481 U.S. 58 (1987).

9. Although the complaint does not mention ERISA, the ERISA-related nature of the action is evident from the facts alleged in the complaint. For example, DaVita seeks additional payments for dialysis services provided to Patient X, who is described as a member of a benefit plan of St. Joseph's. Complaint, ¶¶4-6, 10. In addition, DaVita has made written demands on St. Joseph's for these additional payments, *id.* at ¶13, and from the beginning DaVita's written demands to St. Joseph's and the third party administrators of St. Joseph's ERISA plan have repeatedly cited and relied upon ERISA and an assignment of benefits form in which Patient X assigned to DaVita all benefits that Patient X was entitled to receive from the plan for the dialysis services rendered. DaVita's claims arise under, relate to, and are preempted by ERISA, notwithstanding the contract alleged in the complaint and DaVita's effort to circumvent ERISA.

WHEREFORE, defendant St. Joseph's gives notice that this action is removed from the State Court of Chatham County, State of Georgia, to the United States District Court for the

Southern District of Georgia, for the exercise of jurisdiction over this action as though this action had originally been instituted in this Court.

This 13th day of July, 2017.

                                      Respectfully submitted,

                                      **PANZITTA LLC**

                                      By: _____
                                             Leonard J. Panzitta
                                             Georgia Bar No. 561125
                                             Attorney for St. Joseph's/Candler Health System, Inc. d/b/a The Care Network

200 East Saint Julian Street
Suite 605
Savannah, Georgia 31401
Telephone:   (912) 236-5833
Facsimile:   (912) 236-5844
lpanzitta@panzittalaw.com

# EXHIBIT A

[to Notice of Removal to the United States District Court filed by St. Joseph's/Candler Health System, Inc. d/b/a The Care Network]

**COPY OF
STATE COURT ACTION FILE**
[begins on the following page]



# In The State Court of Chatham County

MAILING ADDRESS: P.O. BOX 9927, SAVANNAH, GEORGIA 31412

133 Montgomery Street, Suite 501

www.statecourt.org • Phone (912) 652-7224 • FAX (912) 652-7229 • clerk@statecourt.org

RECEIVED FOR FILING
STATE COURT CLERK
CHATHAM CO. GA.
2017 JUN 13 P 4: 14

*Brian K. Hart*
CLERK OF COURT

---

DAVITA, INC., successor to GAMBRO HEALTHCARE, INC.

Plaintiff

Vs

ST. JOSEPH'S/CANDLER HEALTH SYSTEMS, INC. d/b/a THE CARE NETWORK

Defendant

Case Number: STCV1700989

Address of Defendant:
Melissa Alvarez, Registered Agent
St. Joseph's/Candler Health Systems, Inc.
5353 Reynolds Street
Savannah, Georgia 31405

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: St. Joseph's/Candler Health Systems, Inc. d/b/a The Care Network

Defendant's Address: 5353 Reynolds Street, Savannah, Georgia 31405

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

Nicholas J. Laybourn, HunterMaclean
P.O. Box 9848, Savannah, Georgia 31405

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

This 15th day of JUNE, 2017

*Brian K. Hart*
**CLERK OF COURT**
**State Court of Chatham County**

Deputy Clerk, State Court of Chatham County

27. Summons 09-05

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

RECEIVED FOR FILING
STATE COURT CHATHAM
CLERK OF COURT
2017 JUN 13 P 4: 14
Brian K. Hart
CLERK OF COURT

DAVITA INC., successor to GAMBRO )
HEALTHCARE, INC., )
                     Plaintiff, )
                                       ) Case No. STCV1700989
vs. )
ST. JOSEPH'S/CANDLER HEALTH )
SYSTEMS, INC. d/b/a THE CARE NETWORK, )
                     Defendant. )

## COMPLAINT

NOW COMES DAVITA INC., successor to GAMBRO HEALTHCARE, INC. ("DaVita") and files this Complaint, showing as follows:

1. DaVita is a company that provides dialysis services at numerous locations across the country, including locations in Chatham County, Georgia.

2. St. Joseph's/Candler Health Systems, Inc. ("SJC") is a company that offers services in Chatham County, Georgia and can be served with process through its registered agent, Melissa Alvarez at 5353 Reynolds Street, Savannah, Georgia 31405.

3. Jurisdiction and venue are proper in this Honorable Court.

4. SJC, through The Care Network, provides healthcare benefits to individuals and/or dependent(s) who are enrolled in a benefit product or plan of SJC ("Members").

5. On September 2, 2004, DaVita and SJC entered a contract (the "Agreement") whereby DaVita would provide Members healthcare services at certain locations for which SJC would be responsible for payment ("Covered Services").[1]

---

[1] Because the Agreement contains DaVita's confidential business information, the Agreement has not been included as an exhibit to this Complaint. DaVita will be happy to work with the

- 1 -

6. In the Agreement, SJC authorized DaVita "to furnish certain health care services to Members, as such services and associated rates are described in the attached fee schedule ("Covered Services"), and be reimbursed by [SJC] for such health care services for the duration of this Agreement."

7. The Agreement provides that SJC "shall reimburse [DaVita] for Covered Services as set forth in the attached fee schedule within thirty (30) calendar days of [SJC's] receipt of a written claim for Covered Services."

8. The Agreement included a schedule of the DaVita locations at which Members could receive Covered Services pursuant to the Agreement ("Covered Locations").

9. The DaVita location at 11706 Mercy Boulevard, Building 9 in Savannah, Georgia is a Covered Location pursuant to the Agreement ("Mercy Boulevard Location").

10. Patient X has at all relevant times been a Member.[2]

11. Beginning in August 2013, Patient X regularly received Covered Services at the Mercy Boulevard Location which continued well into 2016.

12. DaVita invoiced SJC for the Covered Services Patient X received at the Covered Location, the Mercy Boulevard Location, yet SJC has refused to make payment as required under the Agreement.

13. DaVita has made written demand to SJC for payment yet SJC continues to refuse to honor its contractual obligations under the Agreement.

14. SJC's failure to make payment for Covered Services provided to Patient X

---

Court and SJC to develop a method of using the Agreement in this litigation while maintaining the confidential nature of the information contained therein.

[2] In light of the protected health information at issue in this dispute, DaVita refers to the relevant patient as "Patient X." DaVita will work with the Court and SJC to identify a HIPAA compliant method of transmitting information regarding Patient X's services at issue in this lawsuit.

represents a material breach of SJC's obligations under the Agreement.

15. As a direct and proximate result of SJC's material breach, DaVita has suffered damages in the principal amount of $2,044,505.98.

16. As a result of SJC's breach of its obligations, DaVita is entitled to interest on the $2,044,505.98 owed by SJC on its open account at the rate of 1.5% per month from the date said amount became due and payable pursuant to O.C.G.A. § 7-4-16.

17. As a result of SJC's improper conduct, DaVita is also entitled to recover its costs of this action and its expenses of litigation, including attorney fees, from SJC pursuant to O.C.G.A. § 13-6-11.

WHEREFORE DaVita respectfully requests judgment as follows:

(a) Against SJC in the principal amount of $2,044,505.98, plus interest at a rate of 1.5% per month from the date said amount became due and payable until the date payment is received;

(b) Against SJC for all costs, expenses and attorney fees expended by DaVita in prosecuting this action; and

(c) For such other and further relief as this Court may deem just and proper.

This 13th day of June, 2017.

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

_____
Nicholas J. Laybourn
Georgia Bar No. 142333

*Attorney for Plaintiff*

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
(912) 236-0261
nlaybourn@huntermaclean.com

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

RECEIVED FOR FILING
STATE COURT CLERK
CHATHAM CO. GA.
2017 JUN 13 P 4:14
Brian K. Hart
CLERK OF COURT

DAVITA INC., successor to GAMBRO )
HEALTHCARE, INC., )
      Plaintiff, )
     )
vs. )  Case No. STCV1700989
     )
ST. JOSEPH'S/CANDLER HEALTH )
SYSTEMS, INC. d/b/a THE CARE NETWORK, )
     )
      Defendant. )
     )

### RULE 5.2 CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Plaintiff's First Continuing Interrogatories and Requests for Production to Defendant** upon all parties to this matter by serving Defendant's registered agent at the following address:

      Melissa Alvarez
      5353 Reynolds Street
      Savannah, Georgia 31405

This 13th day of June, 2017.

      HUNTER, MACLEAN, EXLEY & DUNN, P.C.

      _____
      Nicholas J. Laybourn
      Georgia Bar No. 142333

      *Attorney for Plaintiff*

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
(912) 236-0261
nlaybourn@huntermaclean.com



## *In The State Court of Chatham County, Georgia*
MAILING ADDRESS: P.O. BOX 9927 · SAVANNAH, GEORGIA 31412
www.statecourt.org · Phone (912) 652-7185 · Fax (912) 652-7229 · clerk@statecourt.org

RECEIVED FOR FILING
STATE COURT CLERK
CHATHAM CO. GA.
2017 JUN 13 P 4: 14
*Brian K. Hart*
CLERK OF COURT

DAVITA, INC., successor to GAMBRO HEALTHCARE, INC.,

_____ Plaintiff

Vs

ST. JOSEPH'S/CANDLER HEALTH SYSTEMS, INC. d/b/a THE CARE NETWORK

_____ Defendant

Case Number: STCV1700989

## CERTIFICATION UNDER RULE 3.2

Pursuant to rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule # _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that no case has heretofore been filed in the State Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the petition-pleading to be specifically assigned to the judge whom the original action was or is assigned.

This 13th day of June, 2017

_____
Counsel or Party

**OR**

Pursuant to Rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule # _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that this petition-pleading involves substantially the same parties or substantially the same factual issues as in Case # _____

_____ VS _____
Plaintiff                                    Defendant

Filed in The Eastern Judicial Circuit of Georgia which under Rule 3.2 of the Superior Court rules require the petition-pleading, be specifically assigned to the Judge whom the original action was or is assigned.

_____
Counsel or Party

7. Certification under rule 3.2   09-05

# General Civil Case Filing Information Form (Non-Domestic)

**Court**
☐ Superior
☑ State

**County** CHATHAM

**Docket #** STCV **1700989**

**Date Filed** 06/13/2017
MM-DD-YYYY

## Plaintiff(s)

Davita, Inc., successor to Gambro Healthcare, Inc.
Last    First    Middle I.    Suffix Prefix    Maiden

Last    First    Middle I.    Suffix Prefix    Maiden

Last    First    Middle I.    Suffix Prefix    Maiden

Last    First    Middle I.    Suffix Prefix    Maiden

**No. of Plaintiffs** 1

## Defendant(s)

St. Joseph's/Candler Health Systems, Inc. d/b/a The Care
Last    First    Middle I.    Suffix Prefix    Maiden

Network
Last    First    Middle I.    Suffix Prefix    Maiden

Last    First    Middle I.    Suffix Prefix    Maiden

Last    First    Middle I.    Suffix Prefix    Maiden

**No. of Defendants** 1

**Plaintiff/Petitioner's Attorney**    ☐ Pro Se

Laybourn, Nicholas J.
Last    First    Middle I.    Suffix

**Bar #** 142333

### Check Primary Type (Check only ONE)

☑ Contract/Account
☐ Wills/Estate
☐ Real Property
☐ Dispossessory/Distress
☐ Personal Property
☐ Equity
☐ Habeas Corpus
☐ Appeals, Reviews
☐ Post Judgment Garnishment, Attachment, or Other Relief
☐ Non-Domestic Contempt
☐ Tort (If tort, fill in right column)
☐ Other General Civil Specify_____

### If Tort is Case Type: (Check no more than TWO)

☐ Auto Accident
☐ Premises Liability
☐ Medical Malpractice
☐ Other Professional Negligence
☐ Product Liability
☐ Other Specify _____

**Are Punitive Damages Pleaded?** ☐ Yes ☐ No

☑ I hereby certify that the documents in this filing (including attachments and exhibits) satisfy the requirements for redaction of personal or confidential information in O.C.G.A. 9-11-7.1

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

DAVITA INC., successor to GAMBRO )
HEALTHCARE, INC., )
 )
    Plaintiff, )
 )
vs. ) Case No. STCV1700989
 )
ST. JOSEPH'S/CANDLER HEALTH )
SYSTEMS, INC. d/b/a THE CARE NETWORK, )
 )
    Defendant. )

RECEIVED FOR FILING
STATE COURT CLERK
CHATHAM CO. GA.

2017 JUN 19 P 3:39

*Brian K. Hart*
CLERK OF COURT

## ACKNOWLEDGEMENT AND WAIVER OF SERVICE

NOW COMES ST. JOSEPH'S/CANDLER HEALTH SYSTEM, INC. d/b/a THE CARE NETWORK, incorrectly named ST. JOSEPH'S/CANDLER HEALTH SYSTEMS, INC. d/b/a THE CARE NETWORK, by and through its attorney of record, and as of the date affixed below acknowledges due and legal service of the Summons and Complaint in this action and waives formal service of a Summons or Complaint in this action.

This 19th day of June, 2017.

PANZITTA LLC

_____
Leonard J. Panzitta
Georgia Bar No. 561125
*Attorney for St. Joseph's/Candler Health System, Inc.*
*d/b/a The Care Network*

200 East Saint Julian Street
Suite 605
Savannah, Georgia 31401
Telephone: (912) 236-5833
Facsimile: (912) 236-5844
lpanzitta@panzittalaw.com

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DAVITA INC., successor to GAMBRO HEALTHCARE, INC., <br><br>    Plaintiff, <br><br> vs. <br><br> ST. JOSEPH'S/CANDLER HEALTH SYSTEMS, INC. d/b/a THE CARE NETWORK, <br><br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. STCV1700989 <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Acknowledgment and Waiver of Service** upon all parties to this matter by hand delivering a true copy of same to Nicholas J. Laybourn, Esq., counsel of record for Plaintiff.

This 19th day of June, 2017.

PANZITTA LLC

_____
Leonard J. Panzitta
Georgia Bar No. 561125
*Attorney for St. Joseph's/Candler Health System, Inc. d/b/a The Care Network*

200 East Saint Julian Street
Suite 605
Savannah, Georgia 31401
Telephone: (912) 236-5833
Facsimile: (912) 236-5844
lpanzitta@panzittalaw.com

**EXHIBIT B**

[to Notice of Removal to the United States District Court filed by St. Joseph's/Candler Health System, Inc. d/b/a The Care Network]

**COPY OF**
**NOTICE OF FILING OF NOTICE OF REMOVAL**
[begins on the following page]

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DAVITA INC., successor to GAMBRO HEALTHCARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ST. JOSEPH'S/CANDLER HEALTH SYSTEMS, INC. d/b/a THE CARE NETWORK, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. STCV1700989 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING OF
## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

Notice is hereby given that defendant ST. JOSEPH'S/CANDLER HEALTH SYSTEM, INC. d/b/a THE CARE NETWORK, incorrectly named as ST. JOSEPH'S/CANDLER HEALTH SYSTEMS, INC. d/b/a THE CARE NETWORK, has filed in the United States District for the Southern District of Georgia, Savannah Division, its notice of removal of this action to the United States District for the Southern District of Georgia, Savannah Division, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446. Attached hereto as Exhibit A is a true copy of said notice of removal and all papers and exhibits attached thereto.

This 13th day of July, 2017.

Respectfully submitted,

PANZITTA LLC

By: _____
Leonard J. Panzitta
Georgia Bar No. 561125
Attorney for St. Joseph's/Candler Health
System, Inc. d/b/a The Care Network

200 East Saint Julian Street
Suite 605
Savannah, Georgia 31401
Telephone:   (912) 236-5833
Facsimile:   (912) 236-5844
lpanzitta@panzittalaw.com

## EXHIBIT A

[to Notice of Filing of Notice of Removal to the United States District Court filed by St. Joseph's/Candler Health System, Inc. d/b/a The Care Network]

## COPY OF
## NOTICE OF REMOVAL FILED IN THE UNITED STATES DISTICT COURT
[begins on the following page]

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DAVITA INC., successor to GAMBRO HEALTHCARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ST. JOSEPH'S/CANDLER HEALTH SYSTEMS, INC. d/b/a THE CARE NETWORK, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. STCV1700989 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served counsel for plaintiff in this matter with a copy of this pleading by depositing a copy of same in a properly addressed envelope with adequate postage thereon as follows:

Nicholas J. Laybourn
Hunter, Maclean, Exley & Dunn, P.C.
Post Office Box 9848
Savannah, GA 31412-0048

This 13th day of July, 2013.

PANZITTA LLC

By: _____
Leonard J. Panzitta
Georgia Bar No. 561125
Attorney for St. Joseph's/Candler Health System, Inc. d/b/a The Care Network

200 East Saint Julian Street
Suite 605
Savannah, Georgia 31401
Telephone:   (912) 236-5833
Facsimile:   (912) 236-5844
lpanzitta@panzittalaw.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **DAVITA INC.**, successor to **GAMBRO HEALTHCARE, INC.**, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: _____ |
| **ST. JOSEPH'S/CANDLER HEALTH SYSTEMS, INC. d/b/a THE CARE NETWORK,** | ) State Court of Chatham County<br>) State of Georgia<br>) Case No. STCV1700989 |
| Defendant. | )<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I hereby further certify that I have this day given notice of the filing of the foregoing notice of removal to plaintiff and its counsel by depositing a copy of same in a properly addressed envelope with adequate postage thereon to plaintiff's counsel at the address set forth below,, and that I have this day filed a copy of said notice of removal with the Clerk of the State Court of Chatham County, Georgia, in accordance with the provisions of 28 U.S.C. § 1446:

Nicholas J. Laybourn
Hunter, Maclean, Exley & Dunn, P.C.
Post Office Box 9848
Savannah, GA 31412-0048

This 13th day of July, 2013.

PANZITTA LLC

By: _____
Leonard J. Panzitta
Georgia Bar No. 561125
Attorney for St. Joseph's/Candler Health System, Inc. d/b/a The Care Network

200 East Saint Julian Street
Suite 605
Savannah, Georgia 31401
Telephone:   (912) 236-5833
Facsimile:   (912) 236-5844
lpanzitta@panzittalaw.com