IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAVITA INC., a successor to GAMBRO HEALTHCARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ST. JOSEPH'S/CANDLER HEALTH SYSTEMS, INC. d/b/a THE CARE NETWORK, <br><br> Defendant. | Civil Action No. 4:17-cv-00131-WTM-GRS |

## ORDER ON MOTION FOR STAY OF DISCOVERY PENDING RESOLUTION OF MOTION TO REMAND

Before the Court is the Parties' Joint Motion for Stay of Discovery Pending Resolution of Motion to Remand. Because the Court's ruling on Plaintiff's Motion to Remand may make discovery on either the ERISA issue or the breach of contract issue unnecessary, proceeding with discovery may lead to the expenditure of unnecessary resources by the parties.

It is therefore ORDERED that discovery is stayed pending the Court's decision on Plaintiff's Motion to Remand. All deadlines not related to the Motion to Remand shall be extended by the number of days discovery is stayed.

SO ORDERED, this 10th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

1240060-1